

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2021

No. 04-20-00416-CV

**IN THE INTEREST OF C.C.E., JR., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-00379
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On May 13, 2021, appellee filed a motion seeking leave to file a sur-reply brief. Appellee also requested "a deadline of 15 days from the day the Court grants leave" to file his sur-reply. After consideration, we GRANT appellee's motion and ORDER appellee to file his sur-reply brief by June 2, 2021.

It is so **ORDERED** May 18, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT